JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSEPH PETER SANCHEZ, | ) | NO. CV 20-5226-DDP (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ATTORNEY GENERAL OF STATE OF CALIFORNIA, et al., | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: 9-23-21

_____
DEAN D. PREGERSON
United States District Judge